**Wednesday, January 15, 2020 at 11:43:25 AM Eastern Standard Time**

**Subject:** Re: Lowe v. Pusateri C/A #2019-CP-10-5400
**Date:** Monday, January 13, 2020 at 12:02:01 PM Eastern Standard Time
**From:** Culver Kidd
**To:** Mary LaFave

Good morning,

I spoke with my client. He has been meeting with some Doctors regarding some potential plastic surgery (evidently one of his eyes is drooping) so in light of this and some uncertainty with our ultimate damages I dont think we can stipulate to capping at 75k. I am filing an amended complaint momentarily so I think that would provide additional time for you to answer/remove. Would you be willing to accept service of the amended complaint on behalf of Mr. Pusateri?

Culver

E. Culver Kidd, IV, Managing Partner
Tel: 843-642-8792 | Fax: 843-642-8793
Culver@KCSlawfirm.com
914 Folly Road, Suite B
Charleston, South Carolina 29412



KIDD CORVEY & SIMPSON, LLC
ATTORNEYS AT LAW

**Confidentiality Notice:** This email is covered by the Electronic Communications Privacy Act, 18 U.S.C §§ 2510-2521, and is legally privileged. This email (and any associated and/or attached files) contains confidential and/or legally privileged information from the law firm of Kidd Corvey & Simpson, LLC, and is intended solely for the use of the individual(s) named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action based or in reliance upon the contents of this email (any associated and/or attached files) is strictly prohibited. If you have received this email in error, please destroy this email and notify our office via reply email. Thank you.

On Mon, Jan 13, 2020 at 8:30 AM Mary LaFave <mary@crowelafave.com> wrote:

Good Morning Culver,

Just sending a quick reminder email about the Stipulation we discussed on Friday.