**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Carlos Lowe, | **Civil Action No.:** 2:20-cv-153-RMG |
| Plaintiff, | |
| v. | **PLAINTIFF CARLOS LOWE'S RESPONSES TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |
| Troy Pusateri, | |
| Defendant. | |

Plaintiff, Carlos Lowe, by and through his undersigned counsel of record, hereby responds to Local Rule 26.01 Interrogatories pursuant to the Local Rules of the United States District Court for the District of South Carolina.

(A)     State the full name(s), address(es) and telephone number(s) of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:     Plaintiff responds that he has no information responsive to this request at the present time.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:     Plaintiff requests a trial by jury on all claims against Defendant.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:     Not applicable.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:    The Charleston Division is the appropriate venue for the case because the facts underlying Plaintiff's claims occurred in Charleston County, South Carolina.**

(E)    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail duplication of labor if heard by different judges.

**ANSWER:    None known.**

RESPECTFULLY SUBMITTED,


*E. Culver Kidd, IV*
E. Culver Kidd, IV, Esq.
USDC ID # 13048
**KIDD CORVEY & SIMPSON, LLC**
914 Folly Road, Suite B
Charleston, South Carolina 29412
(843) 642-8792
culver@kcslawfirm.com

January 23, 2020                    ATTORNEY FOR PLAINTIFF
Charleston, South Carolina