# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Carlos Lowe, | **Civil Action No.:** 2:20-cv-00153-RMG |
| Plaintiff, | |
| v. | **JOINT RULE 26(f) REPORT** |
| Troy Pusateri, | |
| Defendant. | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed **January 17, 2020** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

s/ E. Culver Kidd
_____
E. Culver Kidd, IV, Fed ID #13048
Kidd Corvey & Simpson, LLC
914 Folly Road, Suite B
Charleston, South Carolina 29412
(843) 642-8792
culver@kcslawfirm.com
**ATTORNEY FOR PLAINTIFF**

s/ Mary D. LaFave
_____
Mary D. LaFave, Fed ID# 75366
Crowe LaFave, LLC
P.O. Box 1149
Columbia, SC 29202
(803) 726-6756
mary@crowelafave.com
**ATTORNEY FOR DEFENDANT**