**MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL**

Instructions: Complete this form and file it with the joint Rule 26(f) Report. Case

Name:___Carlos Lowe v .Troy Pusateri_____

C/A No.:__2:20-cv-153-RMG_____

1. Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter? *Early mediation will not be useful.*

2. If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful? *Mediation will be useful after all witnesses have been deposed.*

3. Please provide the court with any additional information that would assist in setting a timeline for required mediation.

| Signatures | Party Represented |
|---|---|
| s/E. Culver Kidd, IV | Plaintiff_____ |
| s/Mary D. LaFave | Defendant_____ |
| _____ | _____ |
| _____ | _____ |