# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Carlos Lowe, <br><br> Plaintiff, <br><br> v. <br><br> Troy Pusateri, <br><br> Defendant. | **Civil Action No.: 2:20-cv-00153-RMG** <br><br><br> **CONSENT MOTION TO AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the Defendant Troy Pusateri, pursuant to Federal Rule of Civil Procedure 37, will move at a time and date set by the Court for an Order allow the Defendant to amend his Answer.

Counsel for Plaintiff has been consulted, and granted his consent to Defendant filing an Amended Answer.

WE SO MOVE AND CONSENT:


*s/ E. Culver Kidd*
E. Culver Kidd, IV, Fed ID #13048
Kidd Corvey & Simpson, LLC
914 Folly Road, Suite B
Charleston, South Carolina 29412
(843) 642-8792
culver@kcslawfirm.com
**ATTORNEY FOR PLAINTIFF**

*s/ Mary D. LaFave*
Mary D. LaFave, Fed ID# 75366
Crowe LaFave, LLC
P.O. Box 1149
Columbia, SC 29202
(803) 726-6756
mary@crowelafave.com
**ATTORNEY FOR DEFENDANT**