# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Carlos Lowe,<br><br>        Plaintiff,<br><br>v.<br><br>Troy Pusateri,<br><br>        Defendant. | Civil Action No.: 2:20-cv-00153-RMG<br><br>**ORDER** |

This matter is before the court upon the Motion to Amend Answer to Plaintiff's Amended Complaint filed on behalf of Defendant Troy Pusateri. This motion was filed on February ___, 2020. For good cause shown, it is therefore

**ORDERED**, that the motion to amend is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

_____
Richard M. Gergel
United States District Judge

February _____, 2020
Charleston, South Carolina